**[Exempt From Filing Fee
Government Code § 6103]**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOYLE S. WRIGHT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOMPOC and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-00035-RAO<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL**<br><br>*[Filed concurrently with Stipulation of Voluntary Dismissal]*<br><br>The Hon. Magistrate Rozella A. Oliver<br><br>Trial Date:　　　None |

**IT IS HEREBY ORDERED:**

That this entire action be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs, except as otherwise set forth in the parties' settlement agreement and release.

DATED: March 3, 2016

　　　　　　　　　　　　　　　　　*Rozella A. Oliver*
　　　　　　　　　　　　　　　　Hon. Magistrate Rozella A. Oliver

01079.0058/288556.1

[PROPOSED] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL